UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
    §
ALLEN, TODD MICHAEL § Case No. 10-57866
ALLEN, LINDA LOUISE §
    §
    §
        Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 10-57866 MB Judge: Manuel Barbosa | Trustee Name: Roy Safanda |
| Case Name: ALLEN, TODD MICHAEL | Date Filed (f) or Converted (c): 12/31/10 (f) |
| ALLEN, LINDA LOUISE | 341(a) Meeting Date: 02/14/11 |
| For Period Ending: 07/21/11 | Claims Bar Date: 05/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 241,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Check 1st Am | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings | 9.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Amount Per Amended Schedule dated 2-18-11 | | | | | |
| 5. Records | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8. Bicycles | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Life Ins | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Nissan | 16,075.00 | 0.00 | DA | 0.00 | FA |
| Per Amended Schedule vehicle surrendered 12/30/10 | | | | | |
| 11. Computers | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. Toyota | 14,000.00 | 8,000.00 | | 8,000.00 | FA |
| Per Amended Schedule | | | | | |
| 13. Checking TCF Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pension Debtor (Pepsico) | Unknown | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $277,034.00     $8,000.00     $8,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1    UST Form 101-7-TFR (10/1/2010) *(Page: 3)*     Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-57866 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ALLEN, TODD MICHAEL | Bank Name: | Old Second National Bank |
| | ALLEN, LINDA LOUISE | Account Number / CD #: | *******1192 Checking Account |
| Taxpayer ID No: | *******3552 | | |
| For Period Ending: | 07/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/11 | 12 | Debtor | Sale of Auto | 1129-000 | 8,000.00 | | 8,000.00 |
| 04/14/11 | 001001 | The Estate of Todd Michael Allen | Transf. funds to Cap One | 9999-000 | | 8,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,000.00 | |
| Subtotal | 8,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 0.00 | |

Page Subtotals   8,000.00   8,000.00

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-57866 -MB |
| Case Name: | ALLEN, TODD MICHAEL |
| | ALLEN, LINDA LOUISE |
| Taxpayer ID No: | *******3552 |
| For Period Ending: | 07/21/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7366 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Todd Michael Allen | Transf. funds to Cap One | 9999-000 | 8,000.00 | | 8,000.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 0.00 | 8,000.00 |
| Less: Bank Transfers/CD's | 8,000.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1192 | 8,000.00 | 0.00 | 0.00 |
| Checking Account - ********7366 | 0.00 | 0.00 | 8,000.00 |
| | ----------------- | ----------------- | ----------------- |
| | 8,000.00 | 0.00 | 8,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     8,000.00     0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-57866 | | Page 1 | | | Date: July 21, 2011 |
| Debtor Name: | ALLEN, TODO MICHAEL | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Roy Safanda | Administrative | | $318.75 | $0.00 | $318.75 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,707.65 | $0.00 | $17,707.65 |
| 000002<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $5,464.36 | $0.00 | $5,464.36 |
| 000003<br>070<br>7100-00 | Asset Acceptance, LLC assignee<br>TARGET<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $2,592.58 | $0.00 | $2,592.58 |
| 000004<br>070<br>7100-00 | Michael D. Ginsberg, Esq.<br>1115 Gunn Hwy<br>Odessa, FL 33556 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Nelnet on behalf of US Dept of Education<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Unsecured | | $3,483.40 | $0.00 | $3,483.40 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,739.00 | $0.00 | $7,739.00 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for<br>American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $986.43 | $0.00 | $986.43 |
| 000008<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $491.68 | $0.00 | $491.68 |
| 000009<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $398.21 | $0.00 | $398.21 |
| 000010<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $520.36 | $0.00 | $520.36 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-57866 | | Page 2 | | | Date: July 21, 2011 |
| Debtor Name: | ALLEN, TODD MICHAEL | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,588.36 | $0.00 | $3,588.36 |
| 000012 070 7100-00 | Valley Emergency Care Inc.<br>c/o Dennis A. Brebner & Assoc.<br>860 Northpoint Blvd.<br>Waukegan, IL 60085-8211 | Unsecured | | $135.00 | $0.00 | $135.00 |
| | Case Totals: | | | $43,425.78 | $0.00 | $43,425.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGISTR UST Form 101-7-TFR (10/1/2010) *(Page: 7)*                                  Printed: 07/21/11 12:01 PM    Ver: 16.02b

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                            Exhibit D

Case No.: 10-57866
Case Name: ALLEN, TODD MICHAEL
             ALLEN, LINDA LOUISE
Trustee Name: Roy Safanda

        Balance on hand                                               $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses         $_____

     Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | TARGET NATIONAL BANK | $ | $ | $ |
| 000003 | Asset Acceptance, LLC assignee TARGET | $ | $ | $ |
| 000004 | Michael D. Ginsberg, Esq. | $ | $ | $ |
| 000005 | Nelnet on behalf of US Dept of Education | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | Capital Recovery IV LLC | $ | $ | $ |
| 000009 | Capital Recovery IV LLC | $ | $ | $ |
| 000010 | Capital Recovery IV LLC | $ | $ | $ |
| 000011 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000012 | Valley Emergency Care Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*