**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: )
) Bankruptcy No. 10-57866
ALLEN, TODD MICHAEL, ) Chapter 7
ALLEN, LINDA LOUISE, ) Judge Manuel Barbosa
)
Debtors. )

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO: THE HONORABLE MANUEL BARBOSA
Bankruptcy Judge

NOW COMES, Roy Safanda , Trustee herein, pursuant to 11 U.S.C. §330, and requests $ 1,550.00 as compensation and $ 52.26 for reimbursement of expenses, $ -0- amount of which has previously been paid.

COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ 8,000.00 . Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 300.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $ 1,550.00 | |

**EXHIBIT E**

II.  TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $ 11.70 |
| Postage | $ 40.56 |
| Long Distance Telephone | $ -0- |
| Clerical | $ -0- |
| Other (Clerk Filing Fee, | |
|     State Court | $ -0- |
|     Service of Summons) | $ -0- |
| TOTAL EXPENSES | $ 52.26 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed: August 8, 2011.

        /s/ Roy Safanda
ROY SAFANDA, Trustee
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bank.Trustee/Forms/Trustee's Application for Compensation and Expenses
8/28/09

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-57866-MB
Todd Michael Allen                                                        Chapter 7
Linda Louise Allen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 2            Date Rcvd: Aug 09, 2011
                              Form ID: pdf006             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2011.
```
db         +Todd Michael Allen,    369 Mallard Ld.,    Sugar Grove, IL 60554-9443
jdb        +Linda Louise Allen,    369 Mallard Ld.,    Sugar Grove, IL 60554-9443
aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty        +Joseph R. Ramos,    Law Office of Joseph R. Ramos,    340 N. Lake Street,    Aurora, IL 60506-4799
aty        +Roy Safanda, Esq,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
16623422   +ACC International,    1175 Devin Dr. - Ste 128,    Norton Shores, MI 49441-6079
16623427   +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
16623423   +American Colln Corp,    919 Estes Ct.,    Schaumburg, IL 60193-4436
16623424   +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
17048338    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16623429    Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16623428   +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16623430   +Carmax Auto Finance,    P.O. Box 440609,    Kennesaw, GA 30160-9511
16623431   +Central Dupage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
16623432    Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
16623435   +Delnor Community Hospital,    P.O. Box 739,    Moline, IL 61266-0739
16623436   +Department of Education,    3015 Parker Rd. - Ste 400,    Aurora, CO 80014-2904
16623439    Disney Movie Club,    P.O. Box 758,    Neenah, WI 54957-0758
16623440   +DuPage Chiropratic Centre,    45 S. Park - Ste 155,    Glen Ellyn, IL 60137-6298
16623441   +DuPage Emergency Physicians,    P.O. Box 366,    Hinsdale, IL 60522-0366
16623442   +DuPage Medical group,    1860 Paysphere Circle,    Chicago, IL 60674-0001
16623443   +DuPage Valley Anesthesiologists,    185 Penny Ave.,    East Dundee, IL 60118-1455
16623444    EdFund,    P.O. Box 419035,    Rancho Cordova, CA 95741-9035
16623445   +Edward Hospital,    801 S. Washington St.,    Naperville, IL 60540-7499
16623446   +FFCC, Columbus, Inc.,    P.O. Box 20790,    Columbus, OH 43220-0790
16623447   +Foster & Garbus, LLP,    500 Bi-County Blvd - Ste 300,    Farmingdale, NY 11735-3931
16623448   +Fox Valley Children's Medicine,    1180 W. Wilson,    Batavia, IL 60510-7611
16623449   +Fox Valley Ear Nose & Throat Assoc.,    1015 Summit St.,    Elgin, IL 60120-4301
16623453   +Good Samaritan Hospital,    3815 Highland Ave.,    Downers Grove, IL 60515-1590
16623454   +H&R Accounts,    4950 38th Ave.,    Moline, IL 61265-6763
16623456   +HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16623457   +ISPC,    1115 Gunn Hwy,    Odessa, FL 33556-5328
16623458   +Just Energy,    P.O. Box 5598,    Chicago, IL 60680-5598
16623459   +KCA Financial Services,    P.O. Box 53,    Geneva, IL 60134-0053
16623460    Laboratory & Pathology Diagnostics,    Department 4387,    Carol Stream, IL 60122-4387
16623462   +Medical Business Bureau, LLC,    P.O. Boox 1219,    Park Ridge, IL 60068-7219
16623463   +Merchants Credit Guide,    223 W.Jackson Blvd.,    Chicago, IL 60606-6912
16623464   +Meyer & Njus, P.A.,    134 N. LaSalle St. - Ste 1840,    Chicago, IL 60602-1100
16623465   +Michael D. Ginsberg, Esq.,    1115 Gunn Hwy,    Odessa, FL 33556-5328
16623466    Naperville Radiologist,    P.O. Box 70,    Hinsdale, IL 60522-0070
16623467   +National Enterprise System,    29125 Solon Rd.,    Solon, OH 44139-3442
16918186   +Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
             3015 South Parker Road Suite 400,    Aurora CO 80014-2904
16623468   +R & B Receivables Management,    860 S. Northpoint Blvd.,    Waukegan, IL 60085-8201
16623470   +RMS,    4836 Brecksville Rd.,    Richfield, OH 44286-9178
16623469   +Revenue Cycle Solutions, Inc.,    P.O. Box 7229,    Westchester, IL 60154-7229
16623471   +State Collection Service, Inc.,    P.O. Box 53,    Geneva, IL 60134-0053
16852285   +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16623472   +TCF National bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
16623474   +TNB Visa,    P.O. Box 673,    Minneapolis, MN 55440-0673
16623473   +Telewire/CitiMortgage,    1000 Technology Dr,    O'Fallon, MO 63368-2239
16623475   +University Of Phoenix,    3157 E. Elwood St.,    Phoenix, AZ 85034-7209
16623476   +Valley Emergency Care,    P.O. Box 9030,    Wheeling, IL 60090-9030
16623477    Valley Emergency Care Inc.,    c/o Dennis A. Brebner & Assoc.,    860 Northpoint Blvd.,
             Waukegan, IL 60085-8211
16623478    Wells Fargo EFS,    P.O. Box 5185,    Sioux Falls, SD 57117-5185
16623479    West Central Anesthesiology Group,    P.O. Box 1123,    Jackson, MI 49204-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +E-mail/Text: plegal@xnet.com Aug 10 2011 02:31:42      Roy Safanda,    Safanda Law Firm,
             111 East Side Drive,    Geneva, IL 60134-2402
16623425    E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 10 2011 02:30:08       American Honda Finance,
             2170 Point Blvd. - Ste 100,    Elgin, IL 60123-7885
17174395    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2011 02:36:24
             American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
             Oklahoma City, OK  73124-8838
16623426    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 10 2011 02:30:07       Asset Acceptance, LLC,
             P.O. Box 2036,    Warren, MI 48090-2036
16877169   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 10 2011 02:30:07
             Asset Acceptance, LLC    assignee TARGET,    PO Box 2036,    Warren, MI 48090-2036
17276271    E-mail/PDF: rmscedi@recoverycorp.com Aug 10 2011 02:36:59      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1            User: lkorotko            Page 2 of 2            Date Rcvd: Aug 09, 2011
                                Form ID: pdf006           Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16623434     +E-mail/Text: clerical.department@yahoo.com Aug 10 2011 02:30:48     Creditors Collection Bureau,
              P.O. Box 63,    Kankakee, IL 60901-0063
16623437      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2011 02:36:44     Discover,    P.O. Box 3008,
              New Albany, OH 43054-3008
16623438      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2011 02:36:44     Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
16841701      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 10 2011 02:36:44     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17287931      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2011 02:36:24
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
16623450     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2011 02:36:59     GE Money Bank/Lowes,
              P.O. Box 981064,    El Paso, TX 79998-1064
16623451     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2011 02:36:59     GEMB/Paypal,    P.O. Bos 981400,
              El Paso, TX 79998-1400
16623452     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2011 02:36:59     GEMB/Sams Club,    P.O. Box 981400,
              El Paso, TX 79998-1400
16623455     +E-mail/Text: bkynotice@harvardcollect.com Aug 10 2011 02:30:42     Harvard Collections,
              4839 N. Elston Ave.,    Chicago, IL 60630-2589
16623461      E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2011 02:36:59     Lowes,    P.O. Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
16623433     ##CitiMortgage Inc.,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2011**    **Signature:**    _Joseph Speetjens_