# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                        §
                                              §
ALLEN, TODD MICHAEL                           §     Case No. 10-57866
ALLEN, LINDA LOUISE                           §
                                              §
                                              §
         Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                      US Courthouse
                      Bankruptcy Clerk
                      Assignment Desk, Rm 710
                      219 S. Dearborn St.
                      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/15/2011 in Courtroom 250,

                      US Courthouse
                      100 S. 3rd St.
                      Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2011                    By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ALLEN, TODD MICHAEL § Case No. 10-57866
ALLEN, LINDA LOUISE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Roy Safanda | $ 52.26 | $ 0.00 | $ 52.26 |
| Attorney for Trustee Fees: Roy Safanda | $ 318.75 | $ 0.00 | $ 318.75 |

Total to be paid for chapter 7 administrative expenses    $    1,921.01
Remaining Balance    $    6,078.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,107.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 17,707.65 | $ 0.00 | $ 2,497.15 |
| 000002 | TARGET NATIONAL BANK | $ 5,464.36 | $ 0.00 | $ 770.59 |
| 000003 | Asset Acceptance, LLC assignee TARGET | $ 2,592.58 | $ 0.00 | $ 365.61 |
| 000004 | Michael D. Ginsberg, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Nelnet on behalf of US Dept of Education | $ 3,483.40 | $ 0.00 | $ 491.23 |
| 000006 | American Express Centurion Bank | $ 7,739.00 | $ 0.00 | $ 1,091.36 |
| 000007 | American InfoSource LP as agent for | $ 986.43 | $ 0.00 | $ 139.11 |
| 000008 | Capital Recovery IV LLC | $ 491.68 | $ 0.00 | $ 69.34 |
| 000009 | Capital Recovery IV LLC | $ 398.21 | $ 0.00 | $ 56.15 |
| 000010 | Capital Recovery IV LLC | $ 520.36 | $ 0.00 | $ 73.38 |
| 000011 | FIA Card Services, NA/Bank of America | $ 3,588.36 | $ 0.00 | $ 506.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Valley Emergency Care Inc. | $ 135.00 | $ 0.00 | $ 19.04 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,078.99 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 10-57866-MB
Todd Michael Allen                                            Chapter 7
Linda Louise Allen
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 2                   Date Rcvd: Aug 10, 2011
                              Form ID: pdf006             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2011.
db           +Todd Michael Allen,    369 Mallard Ld.,    Sugar Grove, IL 60554-9443
jdb          +Linda Louise Allen,    369 Mallard Ld.,    Sugar Grove, IL 60554-9443
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Joseph R. Ramos,    Law Office of Joseph R. Ramos,    340 N. Lake Street,    Aurora, IL 60506-4799
aty          +Roy Safanda, Esq,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
16623422     +ACC International,    1175 Devin Dr. - Ste 128,    Norton Shores, MI 49441-6079
16623427     +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
16623423     +American Colln Corp,    919 Estes Ct.,    Schaumburg, IL 60193-4436
16623424     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
17048338      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16623429      Bank Of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16623428     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16623430     +Carmax Auto Finance,    P.O. Box 440609,    Kennesaw, GA 30160-9511
16623431     +Central Dupage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
16623432      Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
16623435     +Delnor Community Hospital,    P.O. Box 739,    Moline, IL 61266-0739
16623436     +Department of Education,    3015 Parker Rd. - Ste 400,    Aurora, CO 80014-2904
16623439      Disney Movie Club,    P.O. Box 758,    Neenah, WI 54957-0758
16623440     +DuPage Chiropratic Centre,    45 S. Park - Ste 155,    Glen Ellyn, IL 60137-6298
16623441     +DuPage Emergency Physicians,    P.O. Box 366,    Hinsdale, IL 60522-0366
16623442     +DuPage Medical group,    1860 Paysphere Circle,    Chicago, IL 60674-0001
16623443     +DuPage Valley Anesthesiologists,    185 Penny Ave.,    East Dundee, IL 60118-1455
16623444      EdFund,   P.O. Box 419035,    Rancho Cordova, CA 95741-9035
16623445     +Edward Hospital,    801 S. Washington St.,    Naperville, IL 60540-7499
16623446     +FFCC, Columbus, Inc.,    P.O. Box 20790,    Columbus, OH 43220-0790
16623447     +Foster & Garbus, LLP,    500 Bi-County Blvd - Ste 300,    Farmingdale, NY 11735-3931
16623448     +Fox Valley Children's Medicine,    1180 W. Wilson,    Batavia, IL 60510-7611
16623449     +Fox Valley Ear Nose & Throat Assoc.,    1015 Summit St.,    Elgin, IL 60120-4301
16623453     +Good Samaritan Hospital,    3815 Highland Ave.,    Downers Grove, IL 60515-1590
16623454     +H&R Accounts,    4950 38th Ave.,    Moline, IL 61265-6763
16623456     +HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16623457     +ISPC,   1115 Gunn Hwy,    Odessa, FL 33556-5328
16623458     +Just Energy,    P.O. Box 5598,    Chicago, IL 60680-5598
16623459     +KCA Financial Services,    P.O. Box 53,    Geneva, IL 60134-0053
16623460      Laboratory & Pathology Diagnostics,    Department 4387,    Carol Stream, IL 60122-4387
16623462     +Medical Business Bureau, LLC,    P.O. Boox 1219,    Park Ridge, IL 60068-7219
16623463     +Merchants Credit Guide,    223 W.Jackson Blvd.,    Chicago, IL 60606-6912
16623464     +Meyer & Njus, P.A.,    134 N. LaSalle St. - Ste 1840,    Chicago, IL 60602-1100
16623465     +Michael D. Ginsberg, Esq.,    1115 Gunn Hwy,    Odessa, FL 33556-5328
16623466      Naperville Radiologist,    P.O. Box 70,    Hinsdale, IL 60522-0070
16623467     +National Enterprise System,    29125 Solon Rd.,    Solon, OH 44139-3442
16918186     +Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
16623468     +R & B Receivables Management,    860 S. Northpoint Blvd.,    Waukegan, IL 60085-8201
16623470     +RMS,    4836 Brecksville Rd.,    Richfield, OH 44286-9178
16623469     +Revenue Cycle Solutions, Inc.,    P.O. Box 7229,    Westchester, IL 60154-7229
16623471     +State Collection Service, Inc.,    P.O. Box 53,    Geneva, IL 60134-0053
16852285     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16623472     +TCF National bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
16623474     +TNB Visa,    P.O. Box 673,    Minneapolis, MN 55440-0673
16623473     +Telewire/CitiMortgage,    1000 Technology Dr,    O'Fallon, MO 63368-2239
16623475     +University Of Phoenix,    3157 E. Elwood St.,    Phoenix, AZ 85034-7209
16623476     +Valley Emergency Care,    P.O. Box 9030,    Wheeling, IL 60090-9030
16623477      Valley Emergency Care Inc.,    c/o Dennis A. Brebner & Assoc.,    860 Northpoint Blvd.,
               Waukegan, IL 60085-8211
16623478      Wells Fargo EFS,    P.O. Box 5185,    Sioux Falls, SD 57117-5185
16623479      West Central Anesthesiology Group,    P.O. Box 1123,    Jackson, MI 49204-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: plegal@xnet.com Aug 11 2011 00:49:27     Roy Safanda,   Safanda Law Firm,
               111 East Side Drive,    Geneva, IL 60134-2402
16623425      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 11 2011 00:48:04     American Honda Finance,
               2170 Point Blvd. - Ste 100,    Elgin, IL 60123-7885
17174395      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2011 01:19:09
               American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
               Oklahoma City, OK  73124-8838
16623426      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 11 2011 00:47:55     Asset Acceptance, LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
16877169     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 11 2011 00:47:55
               Asset Acceptance, LLC  assignee TARGET,    PO Box 2036,    Warren, MI 48090-2036
17276271      E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2011 01:22:00     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1           User: lkorotko            Page 2 of 2             Date Rcvd: Aug 10, 2011
                               Form ID: pdf006           Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16623434     +E-mail/Text: clerical.department@yahoo.com Aug 11 2011 00:48:33      Creditors Collection Bureau,
              P.O. Box 63,    Kankakee, IL 60901-0063
16623437      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2011 01:20:57       Discover,    P.O. Box 3008,
              New Albany, OH 43054-3008
16623438      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2011 01:20:57       Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
16841701      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2011 01:20:57       Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17287931      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2011 01:19:09
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16623450     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58       GE Money Bank/Lowes,
              P.O. Box 981064,    El Paso, TX 79998-1064
16623451     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58       GEMB/Paypal,    P.O. Bos 981400,
              El Paso, TX 79998-1400
16623452     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58       GEMB/Sams Club,    P.O. Box 981400,
              El Paso, TX 79998-1400
16623455     +E-mail/Text: bkynotice@harvardcollect.com Aug 11 2011 00:48:30        Harvard Collections,
              4839 N. Elston Ave.,    Chicago, IL 60630-2589
16623461      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58       Lowes,    P.O. Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
16623433      ##CitiMortgage Inc.,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2011**            **Signature:**   _Joseph Speetjens_