UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLEN, TODD MICHAEL | § | Case No. 10-57866 |
| ALLEN, LINDA LOUISE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 24696 Columbus, OH 43224-0696 |  |  |  |  |  |
|  | CitiMortgage Inc. P.O. Box 9438 Gaithersburg, MD 20898-9438 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Colln Corp 919 Estes Ct. Schaumburg, IL 60193-4427 | | | | | |
| | American Honda Finance 2170 Point Blvd. - Ste 100 Elgin, IL 60123-7885 | | | | | |
| | Bank Of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Carmax Auto Finance P.O. Box 440609 Kennesaw, GA 30160 | | | | | |
| | Central Dupage Hospital 25 N. Winfield Rd. Winfield, IL 60190-1222 | | | | | |
| | Creditors Collection Bureau P.O. Box 63 Kankakee, IL 60901 | | | | | |
| | Delnor Community Hospital P.O. Box 739 Moline, IL 61266 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Disney Movie Club P.O. Box 758 Neenah, WI 54957-0758 | | | | | |
| | DuPage Emergency Physicians P.O. Box 366 Hinsdale, IL 60522 | | | | | |
| | DuPage Valley Anesthesiologists 185 Penny Ave. East Dundee, IL 60118 | | | | | |
| | FFCC, Columbus, Inc. P.O. Box 20790 Columbus, OH 43220 | | | | | |
| | Fox Valley Children's Medicine 1180 W. Wilson Batavia, IL 60510 | | | | | |
| | Fox Valley Ear Nose & Throat Assoc. 1015 Summit St. Elgin, IL 60120-4362 | | | | | |
| | GE Money Bank/Lowes P.O. Box 981064 El Paso, TX 79998 | | | | | |
| | GEMB/Paypal P.O. Bos 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/Sams Club P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | | | | |
| | H&R Accounts 4950 38th Ave. Moline, IL 61265-6774 | | | | | |
| | HSBC Bank Attn: Bankruptcy P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank Attn: Bankruptcy P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Harvard Collections 4839 N. Elston Ave. Chicago, IL 60630 | | | | | |
| | ISPC 1115 Gunn Hwy Odessa, FL 33556-5324 | | | | | |
| | Just Energy P.O. Box 5598 Chicago, IL 60680 | | | | | |
| | KCA Financial Services P.O. Box 53 Geneva, IL 60134 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laboratory & Pathology Diagnostics Department 4387 Carol Stream, IL 60122-4387 | | | | | |
| | Medical Business Bureau, LLC P.O. Boox 1219 Park Ridge, IL 60068 | | | | | |
| | Merchants Credit Guide 223 W.Jackson Blvd. Chicago, IL 60606 | | | | | |
| | Naperville Radiologist P.O. Box 70 Hinsdale, IL 60522-0070 | | | | | |
| | R & B Receivables Management 860 S. Northpoint Blvd. Waukegan, IL 60085 | | | | | |
| | Revenue Cycle Solutions, Inc. P.O. Box 7229 Westchester, IL 60154 | | | | | |
| | TCF National bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | | | | | |
| | TNB Visa P.O. Box 673 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University Of Phoenix 3157 E. Elwood St. Phoenix, AZ 85034 | | | | | |
| | Valley Emergency Care Inc. c/o Dennis A. Brebner & Assoc. 860 Northpoint Blvd. Waukegan, IL 60085-8211 | | | | | |
| | Wells Fargo EFS P.O. Box 5185 Sioux Falls, SD 57117-5185 | | | | | |
| | West Central Anesthesiology Group P.O. Box 1123 Jackson, MI 49204-1123 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | ASSET ACCEPTANCE, LLC ASSIGNEE TARG | | | | | |
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000009 | CAPITAL RECOVERY IV LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | CAPITAL RECOVERY IV LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | MICHAEL D. GINSBERG, ESQ. | | | | | |
| 000005 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |
| 000002 | TARGET NATIONAL BANK | | | | | |
| 000012 | VALLEY EMERGENCY CARE INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-57866 | MB | Judge: Manuel Barbosa | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|---|
| Case Name: | ALLEN, TODD MICHAEL | | | | Date Filed (f) or Converted (c): | 12/31/10 (f) |
| | ALLEN, LINDA LOUISE | | | | 341(a) Meeting Date: | 02/14/11 |
| For Period Ending: | 10/18/11 | | | | Claims Bar Date: | 05/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 241,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Check 1st Am | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings | 9.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Amount Per Amended Schedule dated 2-18-11 | | | | | |
| 5. Records | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8. Bicycles | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Life Ins | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Nissan | 16,075.00 | 0.00 | DA | 0.00 | FA |
| Per Amended Schedule vehicle surrendered 12/30/10 | | | | | |
| 11. Computers | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. Toyota | 14,000.00 | 8,000.00 | | 8,000.00 | FA |
| Per Amended Schedule | | | | | |
| 13. Checking TCF Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pension Debtor (Pepsico) | Unknown | 0.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $277,034.00 | $8,000.00 | | $8,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-57866 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ALLEN, TODD MICHAEL | Bank Name: | Old Second National Bank |
| | ALLEN, LINDA LOUISE | Account Number / CD #: | *******1192  Checking Account |
| Taxpayer ID No: | *******3552 | | |
| For Period Ending: | 10/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/11 | 12 | Debtor | Sale of Auto | 1129-000 | 8,000.00 | | 8,000.00 |
| 04/14/11 | 001001 | The Estate of Todd Michael Allen | Transf. funds to Cap One | 9999-000 | | 8,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,000.00 | |
| Subtotal | 8,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 0.00 | |

Page Subtotals        8,000.00        8,000.00

Ver: 16.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                                                                                           Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                    Exhibit 9

| Case No: | 10-57866 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | ALLEN, TODD MICHAEL | | Bank Name: | Capital One |
| | ALLEN, LINDA LOUISE | | Account Number / CD #: | *******7366 Checking Account |
| Taxpayer ID No: | *******3552 | | | |
| For Period Ending: | 10/18/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Todd Michael Allen | Transf. funds to Cap One | 9999-000 | 8,000.00 | | 8,000.00 |
| 09/15/11 | 001001 | Roy Safanda, Trustee | Trustee Fees, Exp. | | | 1,602.26 | 6,397.74 |
| | | Safanda Law Firm | | | | | |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| | | | Fees    1,550.00 | 2100-000 | | | |
| | | | Expenses  52.26 | 2200-000 | | | |
| 09/15/11 | 001002 | Roy Safanda, Attorney | Attorney for Trustee | 3110-000 | | 318.75 | 6,078.99 |
| | | Safanda Law Firm | | | | | |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |
| 09/15/11 | 001003 | Discover Bank | | 7100-000 | | 2,497.15 | 3,581.84 |
| | | DB Servicing Corporation | | | | | |
| | | POB 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 09/15/11 | 001004 | Target National Bank | | 7100-000 | | 770.59 | 2,811.25 |
| | | % Weinstein and Riley, PS | | | | | |
| | | 2001 Western Ave., Ste. 400 | | | | | |
| | | Seattle, WA 98121 | | | | | |
| 09/15/11 | 001005 | Asset Acceptance, LLC | | 7100-000 | | 365.61 | 2,445.64 |
| | | Assignee Target | | | | | |
| | | POB 2036 | | | | | |
| | | Warren, MI 48090 | | | | | |
| 09/15/11 | 001006 | Nelnet | | 7100-000 | | 491.23 | 1,954.41 |
| | | on behalf of US Dept. of Education | | | | | |
| | | US Dept. of Education | | | | | |
| | | 3015 S. Parker Rd., Ste. 400 | | | | | |
| | | Aurora, CO 80014 | | | | | |
| 09/15/11 | 001007 | American Express Centurion Bank | | 7100-000 | | 1,091.36 | 863.05 |

Page Subtotals         8,000.00        7,136.95

Ver: 16.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-57866 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ALLEN, TODD MICHAEL | Bank Name: | Capital One |
| | ALLEN, LINDA LOUISE | Account Number / CD #: | *******7366 Checking Account |
| Taxpayer ID No: | *******3552 | | |
| For Period Ending: | 10/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/15/11 | 001008 | % Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 139.11 | 723.94 |
| 09/15/11 | 001009 | American InfoSource LP<br>as agent for American Honda Finance<br>POB 248838<br>Oklahoma City, OK 73124-8838 | | 7100-000 | | 69.34 | 654.60 |
| | | Capital Recovery IV LLC<br>% Recovery Management Systems Corporat<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 | | | | | |
| 09/15/11 | 001010 | Capital Recovery IV LLC<br>% Recovery Management Systems Corporat<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 56.15 | 598.45 |
| 09/15/11 | 001011 | Capital Recovery IV LLC<br>% Recovery Management Systems Corporat<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 73.38 | 525.07 |
| 09/15/11 | 001012 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>POB 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 506.03 | 19.04 |
| 09/15/11 | 001013 | Valley Emergency Care, Inc.<br>% Dennis A. Brebner & Assoc.<br>860 Northpoint Blvd.<br>Waukegan, IL 60085-8211 | | 7100-000 | | 19.04 | 0.00 |

Page Subtotals       0.00       863.05

Ver: 16.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2          Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-57866 -MB | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- |
| Case Name: | ALLEN, TODD MICHAEL | Bank Name: | Capital One |
| | ALLEN, LINDA LOUISE | Account Number / CD #: | *******7366 Checking Account |
| Taxpayer ID No: | *******3552 | | |
| For Period Ending: | 10/18/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,000.00 | 8,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1192 | 8,000.00 | 0.00 | 0.00 |
| Checking Account - ********7366 | 0.00 | 8,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,000.00 | 8,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*